WEIR & PARTNERS LLP
A Pennsylvania Limited Liability Partnership
By:    Walter Weir, Jr., Esquire
        Emily A Busch, Esquire
        WWeir@weirpartners.com
        EBusch@weirpartners.com
Attorney Id. Nos. 23137 / 311569
The Liberty View Building
457 Haddonfield Road, Suite 420
Cherry Hill, NJ 08002
(856) 740-1490
(856) 740-1491 (fax)                Attorneys for Defendants and Third Party Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD. AND THE LEO GROUP, LLC, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 11-cv-7591 (NLH)(AMD) |
| SOVEREIGN BANK, KIMBERLY HICKS-FINNERTY, AND EDWARD A. GREEN | : : : : : |
| Defendants/ Third Party Plaintiff | : : |
| v. | : : |
| ANTHONY FAIOLA AND DAVID CHALMERS | : : : |
| Third Party Defendants: | : : |

CERTIFICATE OF SERVICE

    I, Walter Weir, Jr., Esquire, hereby certify that on May 31, 2012, I caused to be served upon opposing counsel the foregoing document, Third Party Complaint of Defendant/Third Party Plaintiffs Sovereign Bank, N.A. via Notice of Electronic Filing and First Class mail to:

Jennifer Mara, Esquire
Michael A. Baldassare, Esquire
BALDASSARE & MARA, LLC
570 Broad Street, Suite 900
Newark, NJ 07102

Eric Adam Biderman
ARENT FOX LLP
1675 Broadway
New York, NY 10019

WEIR & PARTNERS LLP
A Pa Limited Liability Partnership


By: /s/Walter Weir, Jr., Esquire
    Walter Weir, Jr., Esquire
    The Widener Building, Suite 500
    1339 Chestnut Street
    Philadelphia, PA  19107
    (215) 665-8181
    (215) 665-8464 (fax)