LAW OFFICES
# WEIR & PARTNERS LLP
A Pennsylvania Limited Liability Partnership

THE LIBERTY VIEW BUILDING
SUITE 420
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002

---

(856) 740-1490
(856) 740-1491 FAX

Walter Weir, Jr.
Member of PA and NJ Bars

June 1, 2012

Clerk's Office
United States District Court for the
District of New Jersey
Mitchel H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

    Re:    **Tranen Capital Alternative Investment Fund, LTD, et al. v. Sovereign Bank, N.A., et al.
USDC District of New Jersey, No. 11-cv-07591 (NLH) (AMD)**

Dear Sir/Madam:

    Please be advised that I am counsel to Sovereign Bank, N.A., Defendant/Third Party Plaintiff, in the above action. On May 31, 2012 Sovereign Bank, N.A. filed a Third Party Complaint against Anthony Faiola and David Chalmers at Docket No. 27. We respectfully request that the Court issue a Summons for each Third Party Defendant addressed as follows:

    1.    Anthony Faiola, 721 Beachwood Avenue, Cherry Hill, NJ 08002; and
    2.    David Chalmers, 323 Haddon Avenue, Westmont, NJ 08108.

Thank you for your cooperation.

    Very truly yours,

    /s/ Walter Weir, Jr.
    WALTER WEIR, JR.

WW/es
Enclosure