IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TRANEN CAPITAL ALTERNATIVE INVESTMENT FUND, LTD. and THE LEO GROUP, LLC, <br><br>           Plaintiffs, <br><br>    v. <br><br> SOVEREIGN BANK, et al., <br><br>           Defendants. <br> SOVEREIGN BANK, N.A., et al., <br><br>      Third-Party Plaintiffs, <br><br>    v. <br><br> ANTHONY FAIOLA and DAVID CHALMERS, <br><br>      Third-Party Defendants. | Civil No. 11-7591 (NLH/AMD) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on August 7, 2012; and the Court noting the following appearances: Michael A. Baldassare, Esquire, and Jennifer Mara, Esquire, appearing on behalf of the plaintiffs; Walter Weir, Jr., Esquire, and Emily Busch Jones, Esquire, appearing on behalf of the defendants; and Daniel P. Bernstein, Esquire, appearing on behalf of David Chalmers; and Kenneth Raynor, Esquire, appearing on behalf of Anthony Faiola; and good cause appearing for the entry of the within Order:

IT IS this **8th** day of **August 2012**, hereby **ORDERED:**

1. The Court will conduct an in-person settlement conference on **September 21, 2012 at 10:30 A.M.**. Clients with settlement authority shall appear in person. Counsel shall exchange and submit settlement memoranda to the Court at least one week prior to the conference.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY**

**RESULT IN THE IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                                        <u>s/ Ann Marie Donio</u>
                                                        ANN MARIE DONIO
                                                        United States Magistrate Judge

cc:   Hon. Noel L. Hillman